# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Christopher Antonio Dixon            Docket No. 7:01-CR-64-2F

### Petition for Action on Supervised Release

COMES NOW Keith W. Lawrence, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher Antonio Dixon, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute in Excess of 50 Grams of Cocaine Base (Crack), in violation of 21 U.S.C. § 846, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on December 11, 2001, to the custody of the Bureau of Prisons for a term of 170 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

3. The defendant shall participate in such vocational training program as may be directed by the probation office.

4. The defendant shall obtain his GED.

On December 15, 2008, pursuant to 18 U.S.C. § 3582 (c)(2), the defendant's sentence was reduced to 136 months. Christopher Antonio Dixon was released from custody on January 7, 2011, at which time the term of supervised release commenced. On July 19, 2012, a Violation Report was submitted to the court due to the defendant being charged with Driving While License Revoked. At that time, the court agreed to continue supervision.

Christopher Antonio Dixon
Docket No. 7:01-CR-64-2F
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On March 16, 2013, Dixon committed the offense of Driving While License Revoked (13 CR 700470), in Hoke County, North Carolina. He admitted to this probation officer that he operated a motor vehicle while not properly licensed. As a sanction for this conduct, and in an effort to deter future criminal conduct, we are recommending that the conditions of probation be modified to include 16 hours of community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 16 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

    Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert K. Britt
Robert K. Britt
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Keith W. Lawrence
Keith W. Lawrence
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: March 28, 2013

### ORDER OF COURT

Considered and ordered this 29th day of March, 2013, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge